IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2007 MAY -1  PM 1: 14

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| TRITON IP, LLC, a Texas Limited Liability Corporation, Plaintiff, v.<br><br>1. INFOR GLOBAL SOLUTIONS (CHICAGO), INC.; and<br><br>2. INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.,<br><br>Defendants. | Case No. **2-07cv-172**<br><br>Jury Demanded |

## COMPLAINT AND DEMAND FOR JURY TRIAL

For its Complaint against Infor Global Solutions (Chicago), Inc. ("Infor Chicago") and Infor Global Solutions (Michigan), Inc. ("Infor Michigan") (collectively the "Defendants"), Plaintiff Triton IP, LLC ("Triton") alleges as follows.

## PARTIES

1. Triton is a Texas Limited Liability Company with its principal place of business at 207 C North Washington Avenue, Marshall, Texas 75670.

2. On information and belief, Defendant Infor Chicago is a Delaware corporation with its corporate headquarters and principal place of business at 13560 Morris Road, Suite 4100, Alpharetta, Gerogia.

3. 2. On information and belief, Defendant Infor Michigan is a Delaware corporation with its corporate headquarters and principal place of business at 13560 Morris Road, Suite 4100, Alpharetta, Gerogia.

## JURISDICTION AND VENUE

4.     This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, each Defendant has a regular and established place of business in this district, has transacted business in this district and has committed and/or induced acts of patent infringement in this district.

## INFRINGEMENT OF U.S. PATENT NO. 6,067,525

6.     Triton is the owner by assignment of United States Patent No. 6,067,525 ("the '525 patent") entitled "Integrated Computerized Sales Force Automation System," a true copy of which is attached as Exhibit A. The '525 patent was issued on May 23, 2000.

7.     Defendant Infor Chicago has been and now is directly infringing, and indirectly infringing by way of inducing infringement by others and/or contributing to the infringement by others of the '525 patent in the State of Texas, in this judicial district, and elsewhere in the United States by making, using, offering for sale, and/or selling computer software products and services, including, without limitation, customer relationship management software products and services, enterprise resource management software products and services, partner relationship management software products and services, supplier relationship management software products and services, supply chain management software products and services, sales force automation software products and services, sales force management software products and services, financial management software products and services, human capital management software products and services, customer order management software products and services, corporate performance management software products and services, human capital management

2

software products and services, business analytics software products and services, sales software products and services, and marketing software products and services, that are covered by one or more claims of the '525 patent to the injury of Triton. Defendant SSA is thus liable for infringement of the '525 patent pursuant to 35 U.S.C. § 271.

8. Defendant Infor Michigan has been and now is directly infringing, and indirectly infringing by way of inducing infringement by others and/or contributing to the infringement by others of the '525 patent in the State of Texas, in this judicial district, and elsewhere in the United States by making, using, offering for sale, and/or selling computer software products and services, including, without limitation, customer relationship management software products and services, enterprise resource management software products and services, partner relationship management software products and services, supplier relationship management software products and services, supply chain management software products and services, sales force automation software products and services, sales force management software products and services, financial management software products and services, human capital management software products and services, customer order management software products and services, corporate performance management software products and services, human capital management software products and services, business analytics software products and services, sales software products and services, and marketing software products and services, that are covered by one or more claims of the '525 patent to the injury of Triton. Defendant Infor is thus liable for infringement of the '525 patent pursuant to 35 U.S.C. § 271.

9. The above Defendants have actively induced and are actively inducing infringement of the '525 patent and are liable for contributory infringement of the '525 patent.

10. On information and belief, to the extent any marking was required by 35 U.S.C. § 287, all predecessors in interest to the '525 Patent complied with such requirements.

11. As a result of the above Defendants' infringement of the '525 patent, Triton has suffered monetary damages that are compensable under 35 U.S.C. § 284 in an amount not yet determined, and will continue to suffer such monetary damages in the future unless Defendants' infringing activities are permanently enjoined by this Court.

12. Unless permanent injunctions are issued enjoining these Defendants and their agents, servants, employees, attorneys, representatives, affiliates, and all other acting on their behalf from infringing the '525 patent, Triton will be greatly and irreparably harmed.

13. This case presents exceptional circumstances within the meaning of 35 U.S.C. § 285 and Triton is thus entitled to an award of its reasonable attorneys' fees.

**PRAYER FOR RELIEF**

WHEREFORE, Triton requests that this Court enter:

1. A judgment in favor of Triton that Defendants have infringed, directly and indirectly, by way of inducing and/or contributing to the infringement of the '525 patent;

2. A permanent injunction, enjoining Defendants and their officers, directors, agents, servants affiliates, employees, divisions, branches subsidiaries, parents, and all others acting in concert or privity with any of them from infringement, inducing the infringement of, or contributing to the infringement of the '525 patent;

3. A judgment and order requiring Defendants to pay Triton its damages, costs, expenses, and prejudgment and post-judgment interest for Defendants' infringement of the '525 patent as provided under 35 U.S.C. § 284;

4. An award to Triton of restitution of the benefits Defendants have gained through their unfair, deceptive, or illegal acts;

5. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Triton its reasonable attorneys' fees; and

4

6. Any and all other relief for which the Court may deem Triton entitled.

## DEMAND FOR JURY TRIAL

Plaintiff Triton, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: May 1, 2007

Respectfully submitted,
**TRITON IP, LLC**

By: /s/ T. John Ward, Jr. by permission John J. Edmonds
T. John Ward, Jr.
Lead Attorney
State Bar No. 00794818
Law Office of T. John Ward, Jr. P.C.
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com

Danny L. Williams—Lead Attorney
State Bar No. 21518050
J. Mike Amerson
State Bar No. 01150025
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011
E-mail: danny@wma.law.com
E-mail: mike@wma.law.com

David M. Pridham
R.I. State Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
E-mail: david@ipnav.com

Eric M. Albritton
State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649

Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com

John J Edmonds
State Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 767-3111
Email: johnedmonds@edmondslegal.com

Kajeer Yar
State Bar No. 24025838
2431 East 61st Street, Suite 320
Tulsa, Oklahoma 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
E-mail: kyar@ipnav.com

**ATTORNEYS FOR PLAINTIFF
TRITON IP, LLC**