# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC,<br>   a Texas Limited Liability Corporation,<br>         Plaintiff,<br>  v.<br><br>1.  INFOR GLOBAL SOLUTIONS<br>    (CHICAGO), INC.; and<br><br>2.  INFOR GLOBAL SOLUTIONS<br>    (MICHIGAN), INC. ,<br><br>         Defendants. | Case No. 6:07cv248 - LED<br><br>Jury Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), Plaintiff Triton IP, LLC submits this notice of voluntary dismissal of Defendants Infor Global Solutions (Chicago), Inc. and Infor Global Solutions (Michigan), Inc., which have neither answered nor filed motions for summary judgment in this action.

Pursuant to Rule 41(a), no order from this Court is necessary to effect this voluntary dismissal.

Dated: June 7, 2007

Respectfully submitted,

**TRITON IP, LLC**

By:/s/ John J. Edmonds
T. John Ward, Jr.
Lead Attorney
State Bar No. 00794818
Law Office of T. John Ward, Jr. P.C.
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com

Danny L. Williams
State Bar No. 21518050
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713) 934-4060
Facsimile: (713) 934-7011
E-mail:  danny@wma.law.com

David M. Pridham
R.I. State Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
E-mail:  david@ipnav.com

Eric M. Albritton
State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com

John J. Edmonds
State Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 767-3111
Email: johnedmonds@edmondslegal.com

Kajeer Yar
State Bar No. 24025838
2431 East 61st Street, Suite 320
Tulsa, Oklahoma 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
E-mail:  kyar@ipnav.com

**ATTORNEYS FOR PLAINTIFF
TRITON IP, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: June 7, 2007                                    /s/ John J. Edmonds
                                                           John J. Edmonds