IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC,<br>   a Texas Limited Liability Corporation,<br>       Plaintiff,<br>  v.<br><br>1.  INFOR GLOBAL SOLUTIONS<br>    (CHICAGO), INC.; and<br><br>2.  INFOR GLOBAL SOLUTIONS<br>    (MICHIGAN), INC. ,<br><br>       Defendants. | <br><br><br><br><br>Case No. 6:07cv248 - LED<br><br><br><br><br>Jury Demanded |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

Before the Court is Plaintiff's Unopposed Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), Plaintiff has dismissed all Defendants from this case without prejudice. Accordingly, it is ORDERED this case is DISMISSED WITHOUT PREJUDICE.

So ORDERED and SIGNED this 11th day of June, 2007.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**